**UNITED STATES STEEL CORP. et al.,
Appellants,**

v.

**Curtis HALCOMB and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Harlan Circuit Court; F. Byrd Hogg, Judge.

William A. Rice, Rice & Huff, Harlan, Robert D. Hawkins, Department of Labor, Frankfort, for appellants.

Goss & Forester, Harlan, J. Keller Whitaker, Dir., Workmen's Compensation Board Frankfort, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

**Beverly Ann Mullins MILLS, Appellant,**

v.

**Everett DYCHE et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Knox Circuit Court; Brady B. Stewart, Special Judge.

Beverly Ann Mullins Mills, pro se.

Samuel S. Cannon, Corbin, for appellee.

Memorandum Opinion by Commissioner CATINNA, Affirming.*

**John Edgar RENEER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Daviess Circuit Court; William G. Fuqua, Special Judge.

Beckham A. Robertson, Richard A. Robertson, Robertson & Robertson, Owensboro, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

**James R. YOCOM, Commissioner of Labor and Custodian of the Special Fund, Appellant,**

v.

**Vernon DAMRON et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Floyd Circuit Court; Hollie Conley, Judge.

Robert D. Hawkins, Dept. of Labor, Chief Counsel, Frankfort, Gemma M. Harding, Dept. of Labor, Louisville, for appellant.

Kelsey E. Friend, Pikeville, Fred G. Francis, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

* Opinion ordered not to be published.